UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AZEVEDO,<br><br>        Plaintiff,<br><br>vs.<br><br>STANISLAUS COUNTY JAIL MEDICAL DEPT., et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-01218-OWW-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br><br>**ORDER THAT THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G)** |

     Plaintiff Joseph Azevedo ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On April 11, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which

1

contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 11, 2007, is ADOPTED IN FULL;

2. This action is DISMISSED, with prejudice, for plaintiff's failure to state a claim upon which relief may be granted; and

3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   June 13, 2007**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2